In re Terrell, David R. et al.; Aime, Nathan D.; Anderson, Edward Scott; Ballard, Robert D.; Bankston, Alvie R.; Bou-dreaux, Russell P.; Brignac, Fabian; Curtis, James Allen; Cutrer, Ivy E.; Dugas, John Jeremy; Dupepe, Thomas D.; Greer, Dennis; Guitreau, Lawrence W.; Murray, Troy Michael; Needham, W.C.; Sanders, Tommy Lee Jr.; Simeon, Jason J.; Stevens, Jerod Ripley; Stewart, Jeffrey K; Sullivan, Richard D.; Wheat, Jonathan Hank; Wheat, Melvin D.; Ziegler, Russell R.; Cooper, Christopher; Calhoun, Michael D.; — Plaintiffs); Applying for Writ of Certiorari and/or Review, Parish of Livingston, 21st Judicial District Court Div. H, No. 101153; to the Court of Appeal, First Circuit, No. 2004 CA 1245.
Denied.